UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| AMY PORTER, INDIVIDUALLY, AND KEVIN LANGLEY, INDIVIDUALLY, AND ON BEHALF OF THEIR FATHER, GARY LANGLEY | * * * * * * | CIVIL ACTION NO. 2:12-CV-1986 JUDGE PATRICIA MINALDI MAGISTRATE JUDGE KAY |
| VERSUS | * * | |
| DEERE & COMPANY, INC., JOHN DEERE CONSTRUCTION & FORESTRY COMPANY, MIKE MARTIN, QUALITY EQUIPMENT COMPANY, INC., AND F. HOLLIER & SONS, INC. | * * * * * * | |

## REPORT AND RECOMMENDATION

In a separately issued Memorandum Order this court denied plaintiffs' Motion to Remand and determined that Mike Martin was improperly joined as a defendant in this case. For the reasons stated in that Memorandum Order, the court recommends that the plaintiffs' claims against Mike Martin be DISMISSED.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties have fourteen (14) business days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service shall bar an aggrieved party from attacking either the factual

findings or the legal conclusions accepted by the District Court, except upon grounds of plain error.  *See Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1429–30 (5th Cir. 1996).

THUS DONE this 21st day of January, 2013.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE