RECEIVED
IN LAKE CHARLES, LA
MAR 1 2013
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| AMY PORTER, INDIVIDUALLY, AND KEVIN LANGLEY, INDIVIDUALLY, AND ON BEHALF OF THEIR FATHER, GARY LANGLEY | : | DOCKET NO. 2:12-CV-1986 |
| VS. | : | JUDGE MINALDI |
| DEERE & COMPANY, INC., JOHN DEERE CONSTRUCTION & FORESTRY COMPANY, MIKE MARTIN, QUALITY EQUIPMENT COMPANY, INC., AND F. HOLLIER & SONS, INC. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 9] and the corresponding Memorandum Order [Doc. 8], and after an independent review of the record and a *de novo* determination of the issues, and consideration of the objections [Doc. 11] filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that plaintiff's claims against Mike Martin be **DISMISSED**. As Martin was the only non-diverse defendant from the plaintiffs, the Magistrate Judge's corresponding ruling denying the plaintiff's Motion to Remand is **AFFIRMED**.

Lake Charles, Louisiana, on this the ___ day of _____, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE